UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60402-CIV-SEITZ/O'SULLIVAN

JEFFREY BROWNING,

    Plaintiff,

vs.

LANZO LINING SERVICES, INC. - FLORIDA
and ANGELO D'ALESSANDRO,

    Defendants.
_____/

## ORDER OF CERTIFICATION FOR REASSIGNMENT

    THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-styled case has been assigned, hereby certifies the above matter as ready for reassignment and directs the Clerk's Office to reassign this case to the newly paired Magistrate Judge pursuant to Administrative Orders 2010-145 and 2011-18.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this **6th** day of April, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
U.S. Magistrate Judge Simonton
All Counsel of Record